AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTONIO FERREIRA,
a/k/a LUIS BECKER,
a/k/a ANTONY CABREIRA

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1034-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTONIO FERREIRA, a/k/a LUIS BECKER, a/k/a ANTONY CABREIRA
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

knowingly forging, counterfeiting, altering or falsely making immigration documents; knowingly possessing, obtaining, accepting or receiving such documents; knowingly possessing an identification document or authentification feature of the United States that was stolen or produced without legal authority; and conspiring to commit those offenses

in violation of Title 18 United States Code, Section(s) 1546(a), 1028(a)(6) and (f), 371

JUDITH G. DEIN
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

2/16/05   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

(Stamp: RECEIVED 2005 FEB 16 P 4:29 U.S. MARSHAL SERVICE BOSTON, MA)

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ICE
ARREST/ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.