AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.

__Antonio Ferreira__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __05 m 01034-JGD__

I, __Antonio Ferreira__, charged in a ☒ complaint ☐ petition
charging him with Conspiracy & forging immigration documents
pending in this District,
in violation of __18__, U.S.C., __1546(a), 1028(a)(6)(D)(i), 2, 371__
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Defendant

_____       _____
Date                       Counsel for Defendant