```
              UNITED STATES OF AMERICA
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )   CRIMINAL NO. **05CR 10159 PBS**
                         )
     V.                  )   VIOLATION:
                         )
ANTONIO FERREIRA         )   18 U.S.C. § 1028(a)(1)-
                         )   Fraud In Connection With
                         )   Identification Documents

## INFORMATION

### COUNT ONE:
### 18 U.S.C. § 1028(a)(1)
### (Fraud In Connection With Identification Documents)

The United States Attorney charges that:

Beginning at least as early as July 6, 2004, and continuing until at least in or about February 17, 2005, in Middlesex, in the District of Massachusetts,

**ANTONIO FERREIRA,**

defendant herein, did knowingly and without lawful authority produce identification documents and false identification documents, to wit: Social Security Administration account number cards, counterfeit resident alien cards, counterfeit non-immigration visas, counterfeit immigration departure records, and counterfeit Brazilian passports, drivers licenses, and birth certificates.

All in violation of Title 18, United States Code, Section 1028(a)(1).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: _____
        CHRISTOPHER F. BATOR
        Assistant U.S. Attorney

$\bullet$ JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10159 PBS

**Criminal Case Cover Sheet**      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** III _____    **Investigating Agency** ICE _____

**City**   Malden _____    **Related Case Information:**

**County**   Middlesex _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant   X    New Defendant _____
Magistrate Judge Case Number   05M-1034-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Antonio Ferreria _____    Juvenile   ☐ Yes   ☒ No

Alias Name   Luis Becker, Antony Cabreira _____

Address   61 Waite Street, Apartment 2, Malden, MA _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: Brazilian

**Defense Counsel if known:**   Melvin Norris, Esq.    **Address:**   260 Boston Post Road, Suite 9
Wayland, MA 01778

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Christopher F. Bator _____    Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   February 17, 2005

☒ Already in Federal Custody as   defendant   in   U.S. v. Ferreira
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

## District Court Case Number (To be filled in by deputy clerk): _____

**Name of Defendant**   Antonio Ferreira

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §1028(a)(1) | Fraud in Connection With Identification Documents | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**