Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTONIO FERREIRA, )<br>a/k/a LUIS BECKER, )<br>a/k/a ANTONY CABREIRA ) | 05 CR-10159-PBS<br><br>Criminal No. ~~05M-1034-JGD~~<br><br>F I L E D<br>In Open Court<br>USDC, Mass.<br>Date 7-18-05<br>By _____<br>Deputy Clerk |

## WAIVER OF INDICTMENT

I, **ANTONIO FERREIRA**, the above-named defendant, who is accused of knowingly possessing identification documents or authentication features knowing that such documents were stolen or produced without lawful authority, in violation of 18 U.S.C. §§ 1028(a)(6), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on ___7/18/05___ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
        Judicial Officer