UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-10159-PBS |
| | ) | |
| ANTONIO FERREIRA | ) | |

**ASSENTED-TO MOTION TO
CONTINUE SENTENCING HEARING**

The United States, with the assent of the defendant, moves to continue the sentencing scheduled for October 12, 2005 at 2:00 p.m. In support of its motion, the United States says that the government has a conflict on the afternoon of October 12th and that it makes sense for sentencing of defendant Ferreira to occur at or near the same time as the sentencing of defendant Adriano Amaro (Cr. No. 05-10160-PBS) because their cases derive from the same facts.

| | |
|---|---|
| Assented to:<br>Antonio Ferreira<br>by his counsel | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Melvin Norris (C.F.B.)<br>260 Boston Post Road<br>Suite 9<br>Wayland, MA 01778 | By: /s/CHRISTOPHER F. BATOR<br>       Assistant U.S. Attorney<br><br>Date: September 12, 2005 |

CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of the above upon Melvin Norris Esq., 260 Boston Post Road, Suite 9, Wayland, MA 01778 by first-class mail.

/s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: September 12, 2005